KATHERINE BRADLEY, as Administratrix of the Estate of SARAH B. ARNOLD, Deceased, Respondent, *v.* JOHN D. FURLONG, Appellant.

Submitted February 19, 1947; decided February 27, 1947.

*David B. Sugarman* for motion.

*Paul R. Shanahan* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements unless within fifteen days all papers required by rule 21 (subd. b) of this court are filed.